No. 8667.   WILLIAM F. STELLING, Plaintiff, *vs.* C. S. HANNA, A. L. DUBBS AND J. A. GREER, Trustees of

CONSOLIDATED HIGH SCHOOL DISTRICT No. F, CASCADE COUNTY, MONTANA.

Decided: March 27, 1946.

It is hereby ordered that jurisdiction of the above entitled proceeding be and it is hereby denied by this court. Howard A. Johnson, Chief Justice, C. F. Morris, Hugh R. Adair, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

Done this 27th day of March, 1946.

Attorney for Plaintiff, *Philip G. Greenan*, Great Falls.